# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-5633-MRP (AJWx) | Date | October 24, 2008 |
|---|---|---|---|
| Title | ANGELA KAUFMAN v. TIME WARNER INC., ET AL., | | |

| Present: The Honorable | Mariana R. Pfaelzer | | |
|---|---|---|---|
| Cynthia Salyer | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:        ORDER TO SHOW CAUSE**

      IT IS ORDERED that **WILLIAM M. SWEETNAM** show cause in writing no later than **NOVEMBER 10, 2008** why his pleadings should not be rejected for filing due to his failure to submit an Application of Non-Resident Attorney to Appear in a Specific case, along with the $185.00 pro hac vice appearance fee. (see attached Notice from E. Tamayo dated August 22, 2008)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response.

cc: Lydia Yurtchuk, Special Projects (via CRD)

|  | : |  |
|---|---|---|
|  | Initials of Preparer | CS |